**Order entered November 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00613-CV

**ENVISION REALTY GROUP, LLC AND JACKSON POTTER, AND THEIR ATTORNEY DAVID J. POTTER, Appellants**

**V.**

**CHUAN C. CHEN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16534-G**

## ORDER

As directed to do so, appellants have filed written verification of payment of the reporter's fee. Accordingly, we **ORDER** Vielica Dobbins to file the reporter's record no later than November 26, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins and the parties.

.

/s/     DAVID EVANS
        JUSTICE